UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CFA INSTITUTE, a Virginia Non-Stock Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN SOCIETY OF PENSION PROFESSIONALS & ACTUARIES, *et al.*,<br><br>*Defendants*. | CASE NO. 3:19-cv-00012<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant American Society of Pension Professionals & Actuaries' Motion for Summary Judgment. Dkt. 93. For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion is hereby **GRANTED**. Defendant is hereby **AWARDED** summary judgment as to Counts I – IV of Plaintiff's complaint. As Count V of Plaintiff's complaint bears on Plaintiff's damages, it will be denied as moot to the extent it can be stated as a standalone cause of action. The Clerk of the Court is further **DIRECTED** to strike this case from the Court's active docket.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this __5th__ day of November, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE